UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CORPS, as Personal
Representative of the Estate of Blake
Koye Campbell,

        Plaintiff,                    Case No. 1:23-cv-12724

v.                                         Honorable Susan K. DeClercq
                                              United States District Judge

COUNTY OF OGEMAW et al.,

        Defendants.
_____/

## ORDER CANCELING SHOW-CAUSE HEARING

In this § 1983 case, the attorney for Plaintiff Michael Corps sent a subpoena to the Midland County Medical Examiner's Office requesting the production of relevant medical records. ECF No. 55-2 at PageID.885. When the Midland County Medical Examiner's Office did not produce any documents, Plaintiff filed a motion seeking a show-cause hearing. ECF No. 55.

On March 21, 2025, this Court granted Plaintiff's motion seeking an order requiring a representative of the Midland County Medical Examiner's Office to appear and show cause why the entity should not be held in contempt for failing to respond to Plaintiff's subpoena. ECF No. 57; *see also* ECF No. 55 at PageID.876. The show-cause hearing was scheduled for Monday, April 14, 2025, at 11:00 AM.

ECF No. 57. At least one representative from the Midland County Medical Examiner's Office was ordered to appear at the hearing. *Id.*

But the morning of the scheduled hearing, Plaintiff's attorney informed the Court that he had received a response from the Midland County Medical Examiner's Office and was in the process of obtaining the subpoenaed medical records which he would share with counsel for the Defendants upon receipt. Accordingly, Plaintiff filed a notice of withdrawal of its motion for a show-cause hearing. ECF No. 60.

In sum, there is no longer a need for the show-cause hearing, as it appears the Midland County Medical Examiner's Office is complying with Plaintiff's subpoena. So the show-cause hearing scheduled for April 14, 2025, in this matter will be canceled.

Accordingly, it is **ORDERED** that the show-cause hearing scheduled for April 14, 2025, at 11:00 AM, *see* ECF No. 57, is **CANCELED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 14, 2025